| | | |
|---|---|---|
| Charles Bernstein Jr. | § § | |
| vs. | § § | NO: MO:18-CV-00097-RCG |
| Buckeye, Inc | § | |

## PLAINTIFF'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | 12/13/2016 Agreement - Bernstein (Buckeye-Bernstein 000001-000004) | 05/03/2021 |
| 2 | Bernstein Resume (Bernstein 1) | 05/03/2021 |
| 3 | Bernstein check stubs (Bernstein 12-22) | 05/03/2021 |
| 4 | Bernstein 1099 from Buckeye (Bernstein 2, Bernstein 7) | 05/03/2021 |
| 5 | Buckeye Orientation Materials (Bernstein 23-41) | 05/03/2021 |
| 6 | Buckeye Invoice Form (Bernstein 42) | 05/03/2021 |
| 7 | Buckeye Log for Engineering Checks (Bernstein 43) | 05/03/2021 |
| 8 | Bernstein Buckeye Forms (Bernstein 45-57) | 05/03/2021 |
| 9 | Drilling Mud/Oil Reports- Bernstein (Buckeye-Bernstein 000139-000145) | 05/03/2021 |