IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
MAY 03 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___MR___
DEPUTY CLERK

| | | |
|---|---|---|
| CHARLES BERNSTEIN, JR.<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | NO. 7:18-CV-00097-RCG |
| BUCKEYE, INC.<br>*Defendant.* | §<br>§<br>§ | |

## VERDICT

### Question No. 1

Has Charles Bernstein, Jr. proved that he was an employee of Defendant Buckeye, Inc. during the relevant period?

Answer "Yes" or "No."

____NO____

If your answer is "Yes," answer the next question. If your answer is "No," do not answer the next question.

### Question No. 2

Has Defendant Buckeye, Inc. proved that Plaintiff Charles Bernstein, Jr. was exempt from the overtime-pay requirement as an administrative employee?

Answer "Yes" or "No."

_____

If your answer is "No," answer the next question. If your answer is "Yes," do not answer the next question.

### Question No. 3

Has Charles Bernstein, Jr. proved that Defendant Buckeye, Inc. failed to pay him overtime pay required by law?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," do not answer the next question.

### Question No. 4

What sum of money would fairly and reasonably compensate Plaintiff Charles Bernstein, Jr. for damages, if any, you have found Buckeye, Inc. caused him? Answer in dollars and cents for the following items and no other:

Overtime wages not paid.

$_____

### CERTIFICATE

We, the Jury, have unanimously agreed to the answers in the above questions and return such answers to the Court as our verdict.

5-3-21
DATE

ORIGINAL SIGNED BY JURY FOREPERSON
JURY FOREPERSON

2